```
          UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 05 B 28286
   JEANETTE A. GINOCCHIO
                                              CHAPTER 13

                                              JUDGE: BRUCE W BLACK

        Debtor
   SSN XXX-XX-5551
```

---
                        TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 07/16/05 and confirmed on 09/29/05.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $ 13439.88 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| CITIFINANCIAL | SECURED | 773.44 | 23.36 | 773.44 |
| VILLA PARK TRUST & SVGS | SECURED | .00 | .00 | .00 |
| WELLS FARGO HOME MORT | CURRENT MORTG | .00 | .00 | .00 |
| BECKET & LEE LLP | UNSECURED | 6888.11 | .00 | 863.05 |
| BECKET & LEE LLP | UNSECURED | 198.45 | .00 | 24.86 |
| BECKET & LEE LLP | UNSECURED | 6548.29 | .00 | 820.47 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| FIA CARD SERVICES | UNSECURED | 7192.30 | .00 | 901.17 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 9621.76 | .00 | 1205.57 |
| CAPITAL ONE BANK | UNSECURED | 6569.48 | .00 | 823.13 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 10642.16 | .00 | 1333.42 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 6483.35 | .00 | 812.34 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 4531.28 | .00 | 567.75 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 1008.09 | .00 | 126.31 |
| DEPENDON COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 9672.66 | .00 | 1211.94 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1704.99 | .00 | 213.63 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 2076.71 | .00 | 260.20 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 4916.02 | .00 | 615.96 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|

        Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---:|---:|---:|---:|---:|
| TOTAL CLMS ALLOWED | 773.44 | .00 | 78053.65 | .00 | 78827.09 |
| PRINCIPAL PAID | 773.44 | .00 | 9779.80 | .00 | 10553.24 |
| INTEREST PAID | 23.36 | .00 | .00 | .00 | 23.36 |
| TOTAL PAID | 796.80 | .00 | 9779.80 | .00 | 10576.60 |

The Debtor's attorney, JOHN C DENT                    , was allowed $   2700.00  and was paid $     400.00   direct and $   2300.00   through the plan.

The Trustee received $    563.28 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 10/08/08               /S/
                               GLENN STEARNS
                               CHAPTER 13 TRUSTEE